# STATE OF MICHIGAN

# COURT OF APPEALS

KATIE SOPIQOTI,

Plaintiff-Appellant,

v

THE KROGER COMPANY OF MICHIGAN,

Defendant-Appellee.

UNPUBLISHED
November 20, 2018

No. 339895
Oakland Circuit Court
LC No. 2016-153793-NO

Before: M. J. KELLY, P.J., and SAWYER and MARKEY, JJ.

M. J. KELLY, J. (*concurring*).

I concur in the result only.

/s/ Michael J. Kelly